```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 09541
    JOSE N CRUZ
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-1784


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/07/06 and confirmed on 10/06/06.

    2.  The case was converted to Chapter 7 after confirmation, 10/01/2007.

    3.  The Debtor paid a total of $   7018.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------
HSBC MORTGAGE SERVICES   CURRENT MORTG        .00             .00             .00
HSBC MORTGAGE SERVICES   MORTGAGE ARRE        .00             .00             .00
HSBC MORTGAGE SERVICES   SECURED              .00             .00             .00
HSBC MORTGAGE SERVICES   MORTGAGE ARRE        .00             .00             .00
WASHINGTON MUTUAL        SECURED              .00             .00             .00
CHASE MANHATTAN MORTGAGE SECURED              .00             .00             .00
RESURGENT CAPITAL SERVIC UNSECURED        3383.34             .00          272.81
CITIBANK NA              UNSECURED       NOT FILED            .00             .00
JP MORGAN CHASE BANK     UNSECURED       NOT FILED            .00             .00
CAPITAL ONE BANK         UNSECURED        9635.25             .00          777.28
CAPITAL ONE FINANCIAL    UNSECURED       NOT FILED            .00             .00
SEARS BKRUPTCY RCVRY MGM UNSECURED       NOT FILED            .00             .00
CHASE MANHATTAN BANK USA UNSECURED       NOT FILED            .00             .00
CHASE MANHATTAN BANK USA UNSECURED       NOT FILED            .00             .00
CHASE MANHATTAN BANK USA UNSECURED       NOT FILED            .00             .00
B REAL LLC               UNSECURED        6101.08             .00          492.23
CHASE MANHATTAN BANK USA UNSECURED       NOT FILED            .00             .00
DISCOVER BANK            UNSECURED       11940.74             .00          963.40
DISCOVER BANK            UNSECURED       NOT FILED            .00             .00
HSBC                     UNSECURED       NOT FILED            .00             .00
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------
ECAST SETTLEMENT CORPORA UNSECURED       28601.52             .00         2307.32
MONOGRAM BANK OF AMERICA UNSECURED       NOT FILED            .00             .00
NICOR GAS                UNSECURED       NOT FILED            .00             .00
SEARS BKRUPTCY RCVRY MGM UNSECURED       NOT FILED            .00             .00
        Summary of disbursements:
------------------------------------------------------------------------
                 SECURED       PRIORITY      UNSECURED         OTHER          TOTAL
```

```
----------------------------------------------------------------------
TOTAL CLMS ALLOWED              .00         .00     59661.93         .00     59661.93
PRINCIPAL PAID                  .00         .00      4813.04         .00      4813.04
INTEREST PAID                   .00         .00          .00         .00          .00
TOTAL PAID                      .00         .00      4813.04         .00      4813.04
```
The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   2500.00
and was paid $     600.00   direct and $    1900.00   through the plan.

The Trustee received $      304.96 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

    Dated: 01/14/08                         /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE